# EXHIBIT E

**THE SEQUOIA LAW FIRM**
Melody L. Sequoia (309163)
530 Oak Grove Ave., Suite 102
Menlo Park, California 94025
Tel: (650) 561-4791
Fax: (650) 561-4817
melody@sequoialawfirm.com

Attorney for Plaintiff, on behalf of himself
And all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISCTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER EAST, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>EPIC ACTION, LLC, a Delaware Corporation and MACHINE ZONE, INC., a Delaware Corporation,<br><br>    Defendants. | Case No.<br><br>**AFFIDAVIT OF MELODY L. SEQUOIA PURSUANT TO CALIFORNIA CIVIL CODE § 1780(d)**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

I, MELODY L. SEQUOIA, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am the manager/owner of the Sequoia Law Firm, counsel of record for Plaintiff in the above-entitled action.

2. Defendant Epic Action, LLC has done, and is doing, business in California, including within the San Jose Division of this District. Such business includes the marketing and promotion of the Final Fantasy XV mobile game and packs at issue.

3. Defendant Machine Zone, Inc. has done, and is doing, business in California, including within the San Jose Division of this District. Such business includes the marketing and promotion of the Final Fantasy XV mobile game and packs at issue.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of October 2020 at Menlo Park, California

/s/ *Melody L. Sequoia*
Melody L. Sequoia, Esq.